

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00603-CV

**IN RE** Cedric Bertnell **EDWARDS,** Sr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
 Patricia O. Alvarez, Justice
 Luz Elena D. Chapa, Justice

Delivered and Filed: September 18, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On September 5, 2019, relator filed a petition for writ of mandamus. The real party in interest filed a response, to which relator replied. After considering the petition, the response, the reply and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This court has jurisdiction pursuant to section 273.061 of the Texas Election Code, which authorizes this court to "issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." TEX. ELEC. CODE § 273.061.